OPINION — AG — ** TAG AGENCY AUDIT ** 47 O.S. 22.30 [47-22.30](N) DOES 'NOT' REQUIRE AN AUDIT AND INVENTORY OF ALL RECEIPTS, ACCOUNTS AND FUNDS COMING INTO THE HANDS OF A TAG AGENT, BUT REQUIRES AN AUDIT BY THE STATE EXAMINER AND INSPECTOR OF CONCESSIONS AND MOTOR LICENSE AGENT AND TAG AGENT FEES AND OTHER NOTARY FEES COLLECTED BY SUCH AGENT. (MOTOR VEHICLE TAGS, FINANCIAL STATEMENTS, MONIES, FUNDS, AUDIT) CITE: 47 O.S. 22.30 [47-22.30](N) (DONALD B. NEVARD)